972

EDITH L. NICKISCH v. MADISON 34TH STREET CORP.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 932.]

ESTATE OF EUGENE A. HOFFMAN, INCORPORATED v. BRYANT PARK BUILDING, INC., et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 932.]

JAMES COLEMAN et al., Appellants, v. THOMAS O'LEARY, as President of International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local No. 584, et al., Respondents.— As both plaintiffs and defendants concede that the appeal has become academic, the appeal is dismissed. In view of all the facts and circumstances disclosed, however, $20 costs and disbursements are awarded to appellants. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

## (November 7, 1945.)

MICHAEL P. KOSOLAPOFF v. MANUFACTURERS TRUST COMPANY.— Motion for reargument and other relief denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 931.]

## (November 9, 1945.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERTRUDE DERBY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOHN ACUNTO, Respondent, v. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

AURORA KOBLACK, Appellant, v. HENRY D. CROTEAU, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *post*, p. 1024.]

In the Matter of the Estate of DAVID JACKMAN, Deceased. JAMES F. EGAN, Public Administrator of New York County, as Administrator of the Estate of DAVID JACKMAN, Deceased, Respondent; ADAM SCAGLIONE, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HAROLD GINSBURG, Doing Business under the Name of NATIONAL WOOLEN EXCHANGE, Respondent, v. SIDNEY GROSSMAN et al., Copartners Doing Business under the Name of GROSSMAN-FELD CLOAK Co., Appellants.— Order unanimously modified by denying the motion to strike out the counterclaim, and as so modified affirmed, with $20 costs and disbursements to the appellants, with leave to the defendants to serve an amended answer within ten days after service of the order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

SADIE KAY, Respondent, v. TEEVAL Co., INC., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HANNAH S. ZADRI, Respondent, v. NICOLAI ZADRI, Appellant.— Judgment unanimously modified by reducing the alimony to the sum of $15 a week, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.